IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MID-AMERICA APARTMENT COMMUNITIES, INC., ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 2:23-cv-02186-SHL-cgc |
| DENNIS MICHAEL PHILIPSON, ) ) | |
| Defendant. ) | |

**ORDER DIRECTING PLAINTIFF TO RESPOND TO DEFENDANT DENNIS MICHAEL PHILIPSON'S EMERGENCY RESPONSE TO ORDER 209, RESPONSE TO INTERROGATORIES, AND REQUEST FOR IMMEDIATE RELEASE**

On July 15, 2025, the Court entered an Order Finding Defendant Dennis Michael Philipson in Contempt and Directing the Issuance of an Arrest Warrant. (ECF No. 209.) Mr. Philipson was arrested on July 23, 2025. (ECF No. 215.) On July 25, 2025, the United States Magistrate Judge in the Eastern District of Virginia entered a Commitment to Another District order directing the U.S. Marshal to transport Mr. Philipson to this district. (See United States v. Dennis Michael Philipson, Case 1:25-mj-00431-WEF, E.D. Va. (ECF No. 5).)

On July 26, 2025, Mr. Philipson submitted to the Court's ECF mailbox an Emergency Response to Order 209, Response to Interrogatories, and Request for Immediate Release. The documents were not filed on the docket, but opposing counsel was copied on the email correspondence. The response seeks Mr. Philipson's immediate release from custody.

Plaintiff shall respond to Mr. Philipson's request and address the relief Mr. Philipson

seeks by **noon on Monday, July 28, 2025**.

    **IT IS SO ORDERED,** this 27th day of July, 2025.

                                                     s/ Sheryl H. Lipman
                                                     SHERYL H. LIPMAN
                                                     CHIEF UNITED STATES DISTRICT JUDGE