IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| MID-AMERICA APARTMENT COMMUNITIES, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 2:23-cv-02186-SHL-cgc |
| DENNIS MICHAEL PHILIPSON, | ) ) ) | |
| Defendant. | ) | |

**ORDER GRANTING DEFENDANT DENNIS MICHAEL PHILIPSON'S REQUEST FOR IMMEDIATE RELEASE**

On July 15, 2025, the Court entered an Order Finding Defendant Dennis Michael Philipson in Contempt and Directing the Issuance of an Arrest Warrant. (ECF No. 209.) Mr. Philipson was arrested on July 23, 2025. (ECF No. 215.) On July 25, 2025, the United States Magistrate Judge in the Eastern District of Virginia entered a Commitment to Another District order directing the U.S. Marshal to transport Mr. Philipson to this district. (See United States v. Dennis Michael Philipson, Case 1:25-mj-00431-WEF, E.D. Va. (ECF No. 5).)

On July 26, 2025, Mr. Philipson, through his wife, submitted to the Court's ECF mailbox an Emergency Response to Order 209, Response to Interrogatories, and Request for Immediate Release. The documents were not filed on the docket, but opposing counsel was copied on the email correspondence. The response seeks Mr. Philipson's immediate release from custody. On July 27, 2025, the Court ordered Mid-America Apartment Communities, Inc. ("MAA") to respond to Mr. Philipson's request and address the relief Mr. Philipson seeks by noon on Monday, July 28, 2025.

MAA filed its response, in which it indicated that it did not object to Mr. Philipson's release and would not seek his transport to Memphis to appear before the Court, so long as Mr. Philipson met several conditions. (ECF No. 218.) Shortly after filing that response, counsel for MAA and Mr. Philipson's wife jointly called the Court and informed it that MAA and Mr. Philipson had settled the underlying dispute, conditioned on Mr. Philipson meeting the requirements outlined in MAA's response. MAA subsequently filed a notice recapitulating the terms that Mr. Philipson must meet in order for their agreement to take effect. (ECF No. 219.) It indicated that "[t]he parties will work together to finalize a settlement agreement upon receipt by MAA of the verifications requested in their response and report to the Court the finalization of their settlement[.]" (Id. at PageID 3679.)

Given the foregoing, the Court hereby **DIRECTS** the U.S. Marshal to release Mr. Philipson from custody. Upon his release, Mr. Philipson shall be required to do the following:

First, he shall fully respond to the Interrogatories in MAA's Discovery Requests in Aid of Execution (the "Discovery Requests") by verifying under oath his responses.

Second, Mr. Philipson shall produce all documents MAA requested as part of its Discovery Requests. The Parties may submit a consent protective order to the Court to facilitate the exchange of information.

Lastly, Mr. Philipson shall set forth his representations outlined in his Emergency Response regarding his commitment to stop harassing MAA (including its affiliates, personnel, and Board of Directors), MAA's counsel, and Court personnel, and to comply with the Court's orders, both past and future, in a signed declaration under penalty of perjury. Mr. Philipson shall file that document on the docket in this case.

Mr. Philipson shall have until August 12, 2025, in which to satisfy these requirements. The Court will conduct a status conference, via Microsoft Teams video conference, at 11:00 a.m. on Wednesday, August 13, 2025, in which it will address Mr. Philipson's compliance. A link to the video conference will be emailed to the Parties prior to the setting. If Mr. Philipson fails to attend the status conference or fails to demonstrate that he has complied, or is in the process of complying with these requirements, the Court will once again find him in contempt, issue another warrant for his arrest, and order the United States Marshal's Office to bring him before this Court.

**IT IS SO ORDERED,** this 28th day of July, 2025.

                                                    s/ Sheryl H. Lipman
                                                  SHERYL H. LIPMAN
                                                  CHIEF UNITED STATES DISTRICT JUDGE