IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MID-AMERICA APARTMENT COMMUNITIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DENNIS MICHAEL PHILIPSON, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) )     No. 2:23-cv-2186-SHL-cgc |

**ORDER GRANTING DEFENDANT DENNIS MICHAEL PHILIPSON'S
MOTION FOR ACCESS TO SEALED FILINGS**

Before the Court is the Motion for Access to Sealed Filings (ECF Nos. 76 & 77) (Request for Electronic Copies by Email), filed on August 14, 2025, by Defendant Dennis Michael Philipson, who is proceeding pro se. (ECF No. 251.) In the Motion, Mr. Philipson seeks access to two motions he submitted and that were filed in the case on December 3, 2023. In the motions, Mr. Philipson sought reasonable accommodations under the Americans with Disabilities Act. The motions were initially filed on the docket, but were subsequently sealed at Mr. Philipson's request.[1] Mr. Philipson explains that he "is the author and filing party of these

---

[1] After the motions were uploaded to the docket, Mr. Philipson explained in an email to the Court's intake email address that,

> I would like to extend my apologies once again for any confusion caused. I would like to clarify that the Formal Request for reasonable accommodation should NOT be uploaded to the Docket. I referenced the docket simply for identification purposes. Due to the absence of alternative email addresses, I had no choice but to send it to your address. I've also come to realize that ADA laws may not apply to federal courts. Despite this, I still kindly request that you forward this request to the appropriate person responsible for assisting with accommodation requests within the Tennessee court system. There may be someone who can provide guidance on the process and assist with my request. However, if this is not the case, I completely understand. I appreciate your understanding and patience in this matter. Once

documents," and that he "does not seek public unsealing; his request is limited to email delivery of PDF copies to himself." (Id. at PageID 4697.) He indicates that "[a]ccess to accurate copies of these filings is necessary for legitimate litigation purposes." (Id.)

The Motion includes an email that Mr. Philipson sent to counsel for Plaintiff Mid-America Apartment Communities, Inc. ("MAA"), seeking its position on the requested relief. (ECF No. 251-1.) At the time Mr. Philipson filed the Motion MAA had yet to respond, and its time to respond under Local Rule 7.2(a)(2) has expired.

As the author of the documents, it is unclear why Mr. Philipson does not already have access to them or to the email he sent that included them as an attachment. Nevertheless, finding good cause, the Motion is **GRANTED**. The Clerk is directed to send PDF copies of ECF Nos. 76 & 77 to Mr. Philipson at the email address provided in his Motion: mikeydphilips@gmail.com.

**IT IS SO ORDERED,** this 29th day of August, 2025.

s/ Sheryl H. Lipman  
SHERYL H. LIPMAN  
CHIEF UNITED STATES DISTRICT JUDGE

---

again, I apologize for the multiple emails and any inconvenience they may have caused.

2