# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| MID-AMERICA APARTMENT COMMUNITIES, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | )  No. 2:23-cv-2186-SHL-cgc |
| DENNIS MICHAEL PHILIPSON, | ) ) ) |
| Defendant. | ) |

## ORDER DIRECTING CLERK TO NOT FILE SUBMISSIONS ON THE DOCKET

On October 17, 2025, the Court entered an Order Denying Motion for Leave to File Native Audio and Video Evidence on the Public Docket And Establishing Guidelines For Future Filings. (ECF No. 310.) In that Order, the Court explained that, "going forward, [Defendant Dennis Michael] Philipson shall not file documents in this case that are not in support of or in opposition to a motion pending before the Court[.]" (Id. at PageID 6899.) Since that filing, Mr. Philipson submitted for filing a response in opposition to Plaintiff Mid-America Apartment Communities, Inc.'s Motion for Criminal Contempt, Referral for Criminal Prosecution for Perjury or Issuance of Arrest Warrant for Failure to Meet Condition of Release for Civil Contempt. (ECF No. 311.) Consistent with the Court's Order, that filing was docketed. However, since that filing, Mr. Philipson has submitted multiple notices to the Clerk for filing which are not in support of or in opposition to any motion pending before the Court. Those documents, and any other similar documents that Mr. Philipson seeks to file in the future, will not be docketed, consistent with the Court's earlier Order.

**IT IS SO ORDERED,** this 22nd day of October, 2025.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE