**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

MID-AMERICA APARTMENT )
COMMUNITIES, INC., )
)
    Plaintiff, )
)
v. )
) No. 2:23-cv-2186-SHL-cgc
)
DENNIS MICHAEL PHILIPSON, )
)
    Defendant. )

**ORDER DIRECTING CLERK TO FILE CERTAIN SUBMISSIONS ON THE DOCKET**

On October 17, 2025, the Court entered an Order Denying Motion for Leave to File Native Audio and Video Evidence on the Public Docket And Establishing Guidelines For Future Filings. (ECF No. 310.)  In that Order, the Court explained that, "going forward, [Defendant Dennis Michael] Philipson shall not file documents in this case that are not in support of or in opposition to a motion pending before the Court[.]"  (Id. at PageID 6899.)  Since that filing, Mr. Philipson has submitted multiple documents to the Clerk for filing, some of which are in support of or in opposition to a motion pending before the Court.  Other submissions are the sort of notices that the Court has directed Mr. Philipson not to file with the Court, and that the Court has explained will not be docketed.

To that end, the Clerk is directed to file on the docket Mr. Philipson's "EMERGENCY CONSOLIDATED SUPPLEMENTAL MEMORANDUM TO ENSURE A COMPLETE DOCKET FOR PENDING APPEALS (NOS. 25-5993 & 25-2354), TO ADDRESS DEFENDANT'S SEALED REQUESTS FOR REASONABLE ACCOMMODATIONS (ECF NOS. 76, 77; AMENDED REQUEST AT ECF NO. 77), AND IN SUPPORT OF DEFENDANT'S PENDING MOTIONS (ECF NOS. 318, 323, 326, 329) (FILED IN

OPPOSITION TO PLAINTIFF'S PENDING MOTIONS (ECF NOS. 308, 331))." The Clerk is

also directed to file on the docket Exhibits A–F attached to that submission.

However, the Clerk is directed to not file Mr. Philipson's submission titled "NOTICE

REGARDING INDIV[ID]UALS AND ENTITIES PLACED ON NOTICE OF ATTORNEY,

COURT, AND MAA MISCONDUCT AND FRAUD (EXHIBITS 1–20)," and all of its

supporting documents. That submission and its supporting documents are not in support of or in

opposition to a motion pending before the Court, and as Mr. Philipson acknowledges, "[n]o

immediate relief is requested by this Notice," as he "simply asks that the Court accept the filing,

recognize that the people and businesses identified in Exhibits 1–20 have been placed on written

notice of the alleged misconduct and fraud, and consider this record in any future proceedings

involving enforcement, contempt, or restrictions on Defendant's speech and filings."[1]

Mr. Philipson is again reminded that documents that he seeks to file in the future that are

not in support of or in opposition to a motion pending before the Court will not be docketed,

consistent with the Court's earlier orders.

**IT IS SO ORDERED,** this 5th day of March, 2026.

> s/ Sheryl H. Lipman
> SHERYL H. LIPMAN
> CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Mr. Philipson has cases pending before other Judges in this Court. The undersigned takes no position on whether and how any documents submitted in those cases shall be docketed. (See Philipson v. Lipman, 25-cv-03178-MSN-tmp; Philipson v. Mid-America Apartment Communities, Inc et al., 26-cv-02123-MSN-cgc.)