**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| MID-AMERICA APARTMENT COMMUNITIES, INC., | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 2:23-cv-2186-SHL-cgc |
| DENNIS MICHAEL PHILIPSON, | ) ) | |
| Defendant. | ) ) | |

**ORDER DIRECTING CLERK TO NOT FILE SUBMISSIONS ON THE DOCKET**

On October 17, 2025, the Court entered an Order Denying Motion for Leave to File Native Audio and Video Evidence on the Public Docket And Establishing Guidelines For Future Filings. (ECF No. 310.)  In that Order, the Court explained that, "going forward, [Defendant Dennis Michael] Philipson shall not file documents in this case that are not in support of or in opposition to a motion pending before the Court[.]"  (Id. at PageID 6899.)  Since that filing, Mr. Philipson has submitted multiple documents to the Clerk for filing, some of which are in support of or in opposition to a motion pending before the Court.  Other submissions are the sort of notices that the Court has directed Mr. Philipson not to file with the Court, and that the Court has explained will not be docketed.  On March 18, 2026, Mr. Philipson submitted to the Clerk's Office documents that fall in the latter category.  For the reasons explained below, the Clerk is directed to not docket the submission.

Mr. Philipson deemed the primary document in his recent submission as a "NOTICE OF FILING CEASE-AND-DESIST DEMAND AND NOTICE OF CONTINUING HARASSMENT, RETALIATION, FINANCIAL INTRUSION, AND ABUSE OF PROCESS."  The submission include four attachments that Mr. Philipson contends provide evidence of "conduct that he regards as harassing, retaliatory, invasive, and abusive, including continued efforts to rifle through his

private financial affairs, continued use of legal process as a tool of pressure and intimidation, and continued conduct connected to Mid-America Apartment Communities, Inc. ('MAA') and its counsel, Bass, Berry & Sims PLC." The attachments include copies of two subpoenas issued in a matter between MAA and Mr. Philipson in the District Court for the Eastern District of Virginia, as well as an email Mr. Philipson sent that he characterizes as the cease-and-desist letter that he sent to Plaintiff and its counsel.

In the notice, Mr. Philipson explains that he seeks to "place[] on the record that he objects in the strongest possible terms to continued efforts to rifle through his finances, continued invasion of his privacy, continued abusive process, and continued coercive conduct. Philipson regards such conduct as harassment and retaliation, not legitimate advocacy."

Mr. Philipson does not suggest that the notice and its attachments are in support of or in opposition to a motion pending before the Court. To the extent that Mr. Philipson is alleging that Plaintiff is misusing the legal process in some other proceeding, that is also not relevant to any matter before this Court. Mr. Philipson's submission seeks no relief and does not seek to respond to any request for relief that Plaintiff has sought. Because his submission is not in support of or in opposition to a motion pending before the Court, and consistent with Court's earlier order that established guidelines for filing, the Clerk is directed not to file the notice or its attachments on the docket.

Mr. Philipson is once again advised he shall refrain from submitting to the Court documents that are not in support of or opposition to motions in this matter. They will not be docketed.

**IT IS SO ORDERED,** this 19th day of March, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

2